# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| RAUL AGUILAR, III, | Civil Nos. 16-4113 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT** |
| MINNESOTA STATE UNIVERSITY - MOORHEAD, | **AND RECOMMENDATIONS** |
| Defendant. | |

_____

Raul Aguilar, III, 525 1/2 30th Avenue South, #9, Moorhead, MN 56560, *pro se* plaintiff.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 18, 2017        s/John R. Tunheim
at Minneapolis, Minnesota      JOHN R. TUNHEIM
                                          Chief Judge
                                          United States District Court